# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

V.                          NO. 4:10CR00221-001 SWW

ANTONIO LAJUAN REED                                                     DEFENDANT

### ORDER

Pending before the Court is defendant's pro se motion for early termination of supervised release. The Court has been advised by the probation office that defendant is eligible based on criteria for early termination used by the probation office. However, the defendant pled guilty June 27, 2007 for the offense of assault on a family member in Harrison County District Court, Houston, Texas, therefore, probation does not recommend early termination at this time. The government has no objection to early termination. The Court has considered defendant's motion and the responses of the government and the probation office and finds that this motion should be denied at this time.

IT IS THEREFORE ORDERED that defendant's motion for early termination of supervised release [doc #29] be, and it is hereby, **DENIED** without prejudice.

DATED this 13th day of March 2014.

/s/Susan Webber Wright

United States District Judge